

IN THE
TENHT COURT OF APPEALS
_____

No. 10-14-00352-CV

IN THE INTEREST OF R.A., A CHILD,

Appellant

_____

From the 85th District Court
Brazos County, Texas
Trial Court No. 13-000921-CV-85

## ORDER

Because the State's brief was filed on March 6, 2015, the State's Motion for

Extension of Time to File State's Brief filed on February 19, 2015 is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed as moot
Order issued and filed March 19, 2015

